# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 04-3918

———————

Janice S. Chaparro,                    *
                                       *
            Appellant,                 *
                                       *    Appeal from the United States
      v.                               *    District Court for the Eastern
                                       *    District of Arkansas.
Philander Smith College; Trudie        *
Kibbe Reed, Ph.D.,                     *            [UNPUBLISHED]
                                       *
            Appellees.                 *

———————

Submitted: November 3, 2005
Filed: November 8, 2005

———————

Before ARNOLD, FAGG, and SMITH, Circuit Judges.

———————

PER CURIAM.

Janice Chaparro appeals the district court's[1] adverse grant of summary judgment in her action against her former employer, Philander Smith College (PSC), and its president, Dr. Trudie Kibbe Reed (collectively, defendants). The district court's order granting defendants' motion for summary judgment thoroughly addressed and correctly disposed of each of the arguments Ms. Chaparro presented in opposition to the motion. Arguments raised for the first time on appeal are waived.

———————

[1]The Honorable G. Thomas Eisele, United States District Judge for the Eastern District of Arkansas.

See Int'l Bhd. of Elec. Workers v. Hope Elec. Corp., 380 F.3d 1084, 1096 (8th Cir. 2004) (declining to review arguments not asserted in opposition to summary judgment motion); Grenier v. Cyanamid Plastics, Inc., 70 F.3d 667, 678 (1st Cir. 1995) (court may treat issue raised in complaint, but not asserted in opposition to summary judgment, as waived).  We affirm the judgment, see 8th Cir. R. 47B, and deny as moot the appellees' motion to strike.

_____